GEOFFREY HANSEN
Acting Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant AYSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PATRICK AYSON,<br><br>　　　　Defendant. | Case No. CR 18-00601-SI<br><br>STIPULATION AND ORDER TO CONTINUE SURRENDER DATE |

The defendant Patrick Ayson, by and through his counsel of record Gabriela Bischof; hereby requests that the self-surrender date now scheduled for August 13, 2021, be continued until September 28, 2021. Mr. Ayson was sentenced on October 15, 2020, to 46 months imprisonment. His surrender date was continued to allow him to find childcare for his infant son, which he has done. Although Mr. Ayson is vaccinated, he has been exposed to covid-positive extended family members and he continues to experience symptoms, such as persistent cough and long-term low grade fever. Mr. Ayson's doctor advised that he quarantine until August 20, 2021. Due to the persistent nature of his symptoms, the parties agree that his surrender date should be continued to September 28, 2021, so that he can fully recover. The parties further request that the Court set a Zoom status conference regarding the surrender

date on September 17, 2021, to ensure that no unexpected issues will arise.

Accordingly, Mr. Ayson requests that the self-surrender date now scheduled for August 13, 2021 be continued until September 28, 2021, and that the Court set a remote status conference on September 17, 2021. Under these circumstances, the government does not oppose this request.

IT IS SO STIPULATED.

DATED:                                                                                          SIGNED:

August 12, 2021
Date
                                                                                                /s/
                                                                                                KATHERINE WAWRZYNIAK
                                                                                                Assistant United States Attorney

August 12, 2021
Date
                                                                                                /s/
                                                                                                GABRIELA BISCHOF
                                                                                                Attorney for Defendant Ayson

GOOD CAUSE APPEARING, IT IS SO ORDERED.

August 13, 2021
Date
                                                                                                SUSAN ILLSTON
                                                                                                United States District Judge

US v. Ayson, Case No. 18-cr-00601-SI
[PROPOSED] ORD. TO CONT. SURRENDER DATE   2